## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William R. Currey Jr.                    CHAPTER 7
                Debtor(s)

BKY. NO. 25-13248 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
05 Sep 2025, 13:38:10, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322